IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACOB HOWARD,

Plaintiff,

No. 1:26-cv-01973-KG-JMR

v.

VALENCIA COUNTY BOARD OF
COUNTY COMMISSIONERS; and
DEPUTY NOAH ODELL,

Defendant.

**STIPULATED ORDER OF DISMISSAL**

THIS MATTER comes before the Court on the Parties' Joint Motion to Dismiss, and the Court, having reviewed the submission of the Parties and being otherwise fully advised, finds that the Motion is WELL-TAKEN and is HEREBY GRANTED.

IT IS THEREFORE ORDERED that the cause is hereby dismissed with prejudice.

/s/Kenneth J. Gonzales____________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Respectfully submitted and approved:

MACKE LAW & POLICY, LLC

*/s/ Daniel J. Macke 11/12/2026*

Daniel J. Macke
8206 Louisiana Blvd. NE, Ste. A
Albuquerque, NM 87113
(505) 308-8668
dan@mackelaw.com

THE KENNEDY LAW FIRM, P.C.

Approved by email 11/11/2026

Joseph P. Kennedy
Shannon L. Kennedy
P.O. Box 26776
Albuquerque, NM 87125
505-244-1400
jpk@civilrightslaw.com
slk@civilrightslaw.com